[No. 8232–9–I.  Division One.  May 4, 1981.]

RAINIER NATIONAL BANK, *Plaintiff,* v. JULIUS KANE,
ET AL, *Appellants,* MARTIN F. MUENCH,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 55110, Byron L. Swedberg, J., entered November 21, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, C.J., and Corbett, J.

[No. 8605–7–I.  Division One.  May 4, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MYRON P.
PALMER, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 3679, Harry A. Follman, J., entered March 13, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, C.J., and Corbett, J.

[No. 4300–II.  Division Two.  May 7, 1981.]

THE STATE OF WASHINGTON, *Respondent* v. RICHARD D.
BLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6974, Frank L. Price, J., entered September 6, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Pearson, J., concurred in by Petrie, J., Reed, C.J., dissenting.

[No. 3518–2–III.  Division Three.  May 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES M.
DALY, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. C–7739, W. R. Cole, J., entered June 11, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.